In the Matter of the Petition of the LONG ISLAND RAILROAD COMPANY, under Section 91, Railroad Law,† for an Order Determining that a Crossing at Grade of Rockaway Avenue, etc., Shall Be Closed and Discontinued, etc.— Order of the Public Service Commission directing the closing and discontinuance of a grade crossing unanimously affirmed, with costs. No opinion. Present — Rich, Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of ANNA B. MARSHALL, Appellant, for an Order Requiring SHORE LUMBER SUPPLY Co., INC., and Others, Respondents, to Submit Certain Differences between the Parties to Arbitration.— Order denying motion to compel arbitration, order denying motion for reargument, and order denying motion to resettle order denying motion to compel arbitration, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

In the Matter of the Application of SALVATORE RICCO, Respondent, for an Order of Mandamus against ABRAM W. SKIDMORE, Chief of the Nassau County Police Force, Respondent, and Mrs. CHARLES BENNETT SMITH and Others, Constituting the Civil Service Commission of the State of New York, Appellants.— Order granting peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of FANNIE SCHLEIN, Respondent, v. SAMUEL BRUMAN, Appellant, and Others, Defendants.— Order appointing receiver in supplementary proceedings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

HELEN LANE KINSLEY, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Order granting plaintiff's motion to set aside verdict and for a new trial reversed upon the law and the facts, with costs, and verdict reinstated, with costs. We think the issues of negligence and contributory negligence in this case were properly decided by the jury. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.